# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Craig Mirabile

                                      Plaintiff,

v.                                                                Case No.: 1:23–cv–01719
                                                                         Honorable Manish S. Shah

Bank of America, National Association

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 20, 2024:

        MINUTE entry before the Honorable Manish S. Shah: Pursuant to the stipulation of dismissal [50], this plaintiff's individual claims are dismissed with prejudice and without costs. The claims of the putative class are dismissed without prejudice and without costs. Civil case terminated. Notices Mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.